UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LIDE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CALIFORNIA REHABILITATION CENTER,<br><br>　　　　　Respondent. | NO. CV 12-3514 AGR<br><br>JUDGMENT |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: July 29, 2014　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ALICIA G. ROSENBERG
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge